**BAGS ON THE NET CORP., Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee,**

and

**Polyethylene Retail Carrier Bag Committee, Hilex Poly Co., LLC, and Superbag Corporation, Defendants–Appellees.**

### No. 2009–1329.

United States Court of Appeals, Federal Circuit.

July 9, 2009.

Peter S. Herrick, Peter S. Herrick, P.A., Miami, FL, for Plaintiff–Appellant.

this court to dismiss with or without prejudice.

Stephen A. Jones, Joseph W. Dorn, Daniel L. Schneiderman, King & Spalding LLP, Washington, DC, for Defendants–Appellees.

Antonia R. Soares, Department of Justice, Washington, DC, for Defendant–Appellee.

## ON MOTION

### ORDER

Bags On The Net Corp. moves without opposition to dismiss its appeal.*

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

---

* Bags On The Net requests that this dismissal be without prejudice; however, it is not the practice of this court to dismiss with or without prejudice.